UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| BILLY VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-CV-00587-CRS |
| | ) | |
| TRANS UNION, LLC, et al., | ) | *Electronically Filed* |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Comes the Defendant, KentuckyOne Health Medical Group, Inc., by counsel, pursuant to LR 54.01, and hereby notifies this Honorable Court that an amicable settlement has been reached with Plaintiff Billy Vaughn in this matter. The parties are in the process of executing settlement documents and will file an Agreed Order of Dismissal upon approval and execution of a final settlement agreement. The parties request forty-five (45) days to file the appropriate dismissal documents with the Court. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ *Jordan M. White*
Gregory S. Berman
Jordan M. White
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY  40202-2898
Tel.: 502.589.5235
Fax: 502.589.0309
E-mail: gberman@wyattfirm.com
E-mail: jwhite@wyattfirm.com

*Counsel for KentuckyOne Health Medical Group, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 22nd day of December, 2021, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

            /s/ *Jordan M. White*
            Jordan M. White

100664424.1