UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**BILLY VAUGHN**   **PLAINTIFF**

vs.   CIVIL ACTION NO. 3:21-CV-587-CRS

**TRANS UNION, LLC, et al.**   **DEFENDANTS**

### ORDER OF DISMISSAL OF DEFENDANT
### EQUIFAX INFORMATION SERVICES, INC., WITHOUT PREJUDICE

The Court having been advised by Plaintiff Billy Vaughn and Defendant Equifax Information Services, Inc., that a settlement has been reached as to Plaintiff's claims against Defendant Equifax Information Services, Inc. (DN 26),

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Defendant Equifax Information Services, Inc., are **DISMISSED WITHOUT PREJUDICE**, with leave to reinstate within forty-five (45) days if the settlement is not consummated. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date: December 22, 2021

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record