## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**BILLY VAUGHN**  PLAINTIFF

vs.  CIVIL ACTION NO. 3:21-CV-587-CRS

**TRANS UNION, LLC, et al.**  DEFENDANTS

### ORDER OF DISMISSAL OF DEFENDANT
### KENTUCKYONE HEALTH MEDICAL GROUP, INC., WITHOUT PREJUDICE

The Court having been advised by Defendant KentuckyOne Health Medical Group, Inc., that a settlement has been reached as to Plaintiff's claims against Defendant KentuckyOne Health Medical Group, Inc. (DN 28),

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's claims in this action against Defendant KentuckyOne Health Medical Group, Inc., are **DISMISSED WITHOUT PREJUDICE**, with leave to reinstate within forty-five (45) days if the settlement is not consummated. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date: December 27, 2021

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record