## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**BILLY VAUGHN**                                                                 **PLAINTIFF**

**vs.**                                                **CIVIL ACTION NO.  3:21-CV-587-CRS**

**TRANS UNION, LLC, et al**                                              **DEFENDANTS**

### ORDER DISMISSING WITH PREJUDICE DEFENDANT
### EXPERIAN INFORMATION SOLUTIONS, INC., ONLY

Plaintiff Billy Vaughn and Defendant Experian Information Solutions, Inc., having

jointly stipulated that this case can be dismissed with prejudice as to all claims against Defendant

Experian Information Solutions, Inc., as evidenced by the signatures of counsel for the parties

(DN 35), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      All claims that were or could have been asserted by Plaintiff Billy Vaughn in this

action against Experian Information Solutions, Inc., are hereby **DISMISSED** with prejudice.

Each party shall bear its own attorney's fees, costs and expenses.

March 2, 2022

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record

1