UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| BILLY VAUGHN,<br>   Plaintiff, | CASE NO. 3:21-cv-00587-CRS<br>**ELECTRONICALLY FILED** |
| vs. | Judge Charles R. Simpson, III |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; G.L.A. COLLECTION COMPANY, INCORPORATED; and KENTUCKYONE HEALTH MEDICAL GROUP, INC.;<br>   Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Billy Vaughn, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Billy Vaughn against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Billy Vaughn and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

March 7, 2022

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court