UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BILLY VAUGHN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 3:21-cv-000587-CRS |
| ) | |
| TRANS UNION, LLC, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., GLA COLLECTION ) | |
| COMPANY, INC., AND ) | |
| KENTUCKYONE HEALTH MEDICAL ) | |
| GROUP, INC. ) | |
| Defendants ) | |

## NOTICE OF SETTLEMENT

Defendant, GLA Collection Company, Inc., by and through its undersigned attorneys, William E. Smith, III of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter. Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:   /s/ William E. Smith, III
William E. Smith, III
Counsel for Defendant, GLA Collection
Company, Inc.

## **CERTICATE OF SERVICE**

I hereby certify that on March 21, 2022, a copy of the foregoing **"Notice of Settlement"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Christopher T. Kurtz
608 Baxter Ave.
Louisville, KY 40204
502-749-3600
chris@ckurtzlaw.com

Kari A. Morrigan
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
kmorrigan@schuckitlaw.com

Sandra D. Jansen
Trans Union, LLC
555 W. Adams Street
Chicago, IL 46077
859-608-1537
sandy.jansen@transunion.com

John Michael Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-245-1059
Fax: 859-245-1231
williams@wktlaw.com

Gregory S. Berman
Wyatt, Tarrant & Combs, LLP - Louisville
400 W. Market St., Suite 2000
Louisville, KY 40202-2898
502-589-5235
Fax: 502-589-0309
gberman@wyattfirm.com

Jordan M. White
Wyatt, Tarrant & Combs, LLP - Louisville
400 W. Market St., Suite 2000
Louisville, KY 40202-2898
502-589-5235
Fax: 502-589-0309
jwhite@wyattfirm.com

                                                  /s/ William E. Smith, III
                                                  William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL:   wsmith@k-glaw.com

214353\61928599-1