UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BILLY VAUGHN | ) |
|     Plaintiff | ) |
| vs. | ) CASE NO. 3:21-cv-000587-CRS |
| TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., GLA COLLECTION COMPANY, INC., AND KENTUCKYONE HEALTH MEDICAL GROUP, INC. | ) |
|     Defendants | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Billy Vaughn, and the Defendant, GLA Collection Company, Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Company, Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Company, Inc., and said parties to pay their own costs.

DATED    June 17, 2022

Charles R. Simpson III, Senior Judge
United States District Court